MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May two thousand twenty-three,

_____

RHC Operating LLC,

        Plaintiff - Appellant,

v.

City of New York, Eric Adams, in his official capacity as Mayor of New York City, Adrienne E. Adams, New York City Council Member, Alicka Ampry-Samuel, New York City Council Member, Diana Ayala, New York City Council Member, Justin L. Brannan, Selvena N. Brooks-Powers, New York City Council Member, Fernando Cabrera, New York City Council Member, Margaret S. Chin, New York City Council Member, Robert E. Cornegy, Jr., New York City Council Member, Laurie A. Cumbo, New York City Council Member, Ruben Diaz, Sr., New York City Council Member, Darma V. Diaz, New York City Council Member, Eric Dinowitz, New York City Council Member, Daniel Dromm, New York City Council Member, Mathieu Eugene, New York City Council Member, Oswald Feliz, New York City Council Member, James F. Gennaro, New York City Council Member, Vanessa L. Gibson, New York City Council Member, Mark Gjonaj, New York City Council Member, Barry S. Grodenchik, Robert F. Holden, New York City Council Member, Corey D. Johnson, New York City Council Member, Ben Kallos, New York City Council Member, Peter A. Koo, New York City Council Member, Karen Koslowitz, New York City Council Member, Brad S. Lander, New York City Council Member, Stephen T. Levin, New York City Council Member, Alan N. Maisel, New York City Council Member, Carlos Menchaca, New York City Council Member, Francisco P. Moya, New York City Council Member, Keith Powers, New York City Council

**ORDER**
Docket No. 22-923

**MANDATE ISSUED ON 05/23/2023**

Member, Kevin C. Riley, New York City Council
Member, Carlina Rivera, New York City Council
Member, Ydanis A. Rodriguez, New York City Council
Member, Deborah L. Rose, New York City Council
Member, Helen K. Rosenthal, New York City Council
Member, Rafael Salamanca, Jr., New York City Council
Member, Mark Treyger, New York City Council
Member, Eric A. Ulrich, New York City Council
Member, Paul A. Vallone, New York City Council
Member, James G. Van Bramer, New York City Council
Member,

                Defendants - Appellees.

_____

        The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

        The stipulation is hereby "So Ordered".

                                       For The Court:

                                     Catherine O'Hagan Wolfe,
                                     Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit